2014–0108. State ex rel. Baker v. Indus. Comm.
Franklin App. No. 12AP–114, 2013-Ohio-5697.

# CASE ANNOUNCEMENTS
## February 26, 2014

[Cite as *02/26/2014 Case Announcements*, 2014-Ohio-676.]

## MOTION AND PROCEDURAL RULINGS

2014–0290. In re D.P.
Hamilton App. Nos. C–130293 and C–130298, 2014-Ohio-467. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals and juvenile court decisions, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than 12:00 p.m. on Monday, March 3, 2014.

# CASE ANNOUNCEMENTS
## February 27, 2014

[Cite as *02/27/2014 Case Announcements*, 2014-Ohio-692.]

## MOTION AND PROCEDURAL RULINGS

2009–0866. State ex rel. Kobly v. Youngstown City Council.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of respondents' motion to conduct the special-master hearing in Youngstown, Ohio, it is ordered by the court that the motion is denied.

Andrew J. Campbell
Special Master

2010–1406. State v. Pickens.
Hamilton C.P. No. B0905088. This cause is pending before the court as a death-penalty appeal from the Court of Common Pleas of Hamilton County.

Upon review of the record in this case, it appears that Volume 19 of the Transcript of Proceedings may contain an error. It appears to the court that pages 2036 through 2054 of Volume 19, which should contain the transcription of State's Exhibit 39, are not an accurate transcription of State's Exhibit 39.

It is therefore ordered, sua sponte, that counsel for appellant and appellee shall file within 30 days of the date of this entry either a joint certification that Volume 19 of the Transcript of Proceedings is accurate, or cause an amended accurate transcript to be filed if counsel determines that the transcript is not accurate.